IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JULIE A. SU, *Acting Secretary of the U.S. Department of Labor*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1147-RP |
| CATCUS CANYON QUARRIES, INC. and JACK ANDY CARSON, | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On this date, the Court dismissed Plaintiff's claims without prejudice for lack of subject-matter jurisdiction. Accordingly, the Court renders final judgment pursuant to Rule 58.

**IT IS ORDERED** that this case is **CLOSED**.

**IT IS FURHTER ORDERED** that each party shall bear their own costs.

**SIGNED** on July 10, 2024.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE